UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-096 JD |
| | ) | |
| MICHAEL R. ALTER | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 20, 2012 [DE 81]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael R. Alter's plea of guilty, and FINDS the defendant guilty of Count 1 of the Superceding Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED:  January 9, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court